*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Darcell D. White ) Case No. 24–12717–amc
    )
    )
Debtor(s). ) Chapter: 7
    )
    )

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Schedules A Due 8/19/24
   Schedules B Due 8/19/24
   Schedules C Due 8/19/24
   Schedules D Due 8/19/24
   Schedules E Due 8/19/24
   Schedules F Due 8/19/24
   Schedules G Due 8/19/24
   Schedules H Due 8/19/24
   Schedules I Due 8/19/24
   Schedules J Due 8/19/24
   Statement of Attorney Compensation Due 8/19/24
   Statement of Current Monthly Income (122A–1) Due 8/19/24
   Means Test Calculation (122A–2) Due 8/19/24
   Statement of Financial Affairs Due 8/19/24
   Summary of Assets and Liabilities Due 8/19/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: August 6, 2024                                                   By the Court

                                                                                                    Ashely M. Chan
                                                                                   Chief Judge, United States Bankruptcy Court