Certificate Number: 16339-PAE-DE-038856559

Bankruptcy Case Number: 24-12717



16339-PAE-DE-038856559

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2024, at 1:23 o'clock PM EDT, Darcell White completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 11, 2024                By:  /s/Kelley Tipton

                                          Name:  Kelley Tipton

                                          Title:  Certified Financial Counselor