UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Darcell D. White         :     Chapter 13

       Debtor             :     Bankruptcy No. 24-12717-amc

**CONSENT ORDER**

    **AND NOW,** this 7th day of November, 2024 upon agreement of the parties in lieu of the Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

    **ORDERED,** that because this is the Debtor's third Chapter 13 bankruptcy filing since 2019, if this case is dismissed for any reason Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within one (1) year without further leave of court from date of dismissal order of case. And it is further

    **ORDERED,** that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtor from further filings in accordance with its terms.

Date: November 7, 2024

                                                Scott F. Waterman, Esquire
                                                Chapter 13 Standing Trustee

Date: 11/15/24

                                                Attorney for Debtor

Date: 11-15-24

                                                Debtor

**BY THE COURT:**

                              **HON. ASHELY M. CHAN**
                              **CHIEF BANKRUPTCY JUDGE**