UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Darcell D. White<br><br><br>Debtor | Chapter 13<br>Bankruptcy No. 24-12717-AMC |

## Certificate of Service

I certify that on this date, I did cause a copy of the Second Amended Chapter 13 Plan to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system, and on the following parties by first class mail, postage prepaid:

Philadelphia Gas Works
ATTN:Bankruptcy Dept. 3FL
800 W Montgomery Ave.
Philadelphia, PA 19122

Aqua Finance Inc
PO Box 788
Kirkland, WA 98083-0788

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group
Philadelphia, PA 19102-1595


Date: March 18, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com