United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Darcell D. White  
    Debtor

Case No. 24-12717-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 04, 2025      Form ID: 155      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darcell D. White, 4120 N. Franklin Street, Philadelphia, PA 19140-2208 |
| 14913068 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14913075 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14913055 | + | Email/Text: bnc-aquafinance@quantum3group.com | Jun 05 2025 00:19:00 | Bay Finance, Attn: Bankruptcy, PO Box 844, Wausau, WI 54402-0844 |
| 14962834 | | Email/Text: megan.harper@phila.gov | Jun 05 2025 00:19:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14913057 | | Email/Text: megan.harper@phila.gov | Jun 05 2025 00:19:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14934522 | + | Email/Text: documentfiling@lciinc.com | Jun 05 2025 00:18:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14913056 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 05 2025 00:31:06 | Chase Auto Finance, Attn: Bankruptcy 700 Kansas Lane LA, Monroe, LA 71203-4774 |
| 14913058 | | Email/Text: bankruptcy@philapark.org | Jun 05 2025 00:19:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14913059 | + | Email/Text: documentfiling@lciinc.com | Jun 05 2025 00:18:00 | Comcast, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 14913060 | | Email/Text: mrdiscen@discover.com | Jun 05 2025 00:18:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14913061 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 05 2025 00:30:53 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14913062 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2025 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14934059 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2025 00:30:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14913063 | + | Email/Text: bankruptcy@sccompanies.com | Jun 05 2025 00:19:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14913064 | | Email/Text: bankruptcy@sccompanies.com | Jun 05 2025 00:19:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 14913065 | | Email/Text: fesbank@attorneygeneral.gov | Jun 05 2025 00:18:00 | Pennsylvania Attorney General, 16th Floor, |

Case 24-12717-amc    Doc 40    Filed 06/06/25    Entered 06/07/25 00:39:19    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: 155 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Strawberry Square, Harrisburg, PA 17120-0001 |
| 14913066 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2025 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14913067 | ^ | MEBN | Jun 05 2025 00:15:33 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14944023 | ^ | MEBN | Jun 05 2025 00:15:29 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14913069 | | Email/Text: bankruptcy@philapark.org | Jun 05 2025 00:19:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14913070 | + | Email/Text: bankruptcy1@pffcu.org | Jun 05 2025 00:18:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14913071 | + | Email/Text: bankruptcy1@pffcu.org | Jun 05 2025 00:18:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14940487 | + | Email/Text: bankruptcy1@pffcu.org | Jun 05 2025 00:18:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14935592 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2025 00:19:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14913072 | + | Email/Text: bankruptcy@sccompanies.com | Jun 05 2025 00:19:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy 1112 7th Ave, Monroe, WI 53566-1364 |
| 14913073 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2025 00:30:43 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14913074 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 05 2025 00:19:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14913076 | | Email/Text: PHILAW@weltman.com | Jun 05 2025 00:18:00 | Weltman Weinberg & Reis Co. LPA, 170 S Independence Mall W Ste 874w, Philadelphia, PA 19106-3334 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: 155 | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Darcell D. White help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Darcell D. White                           Case No. 24−12717−amc

   Debtor(s).                                 Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 4, 2025                                                                  For The Court

                                                                                      Ashely M. Chan  
                                                                                      Chief Judge, United States Bankruptcy Court