Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-12717-AMC**

Darcell D. White  
4120 N. Franklin Street  
Philadelphia  PA   19140

Petition Filed Date: 08/05/2024  
341 Hearing Date: 11/15/2024  
Confirmation Date: 06/04/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/12/2024 | $531.00 | | 12/10/2024 | $531.00 | | 01/10/2025 | $531.00 | |
| 02/10/2025 | $531.00 | | 03/10/2025 | $531.00 | | 04/10/2025 | $531.00 | |
| 05/12/2025 | $531.00 | | 06/10/2025 | $531.00 | | 07/11/2025 | $531.00 | |

**Total Receipts for the Period: $4,779.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,310.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $2,725.00 | $2,725.00 | $0.00 |
| 1 | LVNV FUNDING LLC  »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | COMCAST INC  »» 002 | Unsecured Creditors | $148.94 | $0.00 | $148.94 |
| 3 | QUANTUM3 GROUP LLC  »» 003 | Secured Creditors | $7,113.04 | $1,252.25 | $5,860.79 |
| 4 | POLICE & FIRE FCU  »» 004 | Unsecured Creditors | $691.97 | $0.00 | $691.97 |
| 5 | POLICE & FIRE FCU  »» 005 | Unsecured Creditors | $2,773.97 | $0.00 | $2,773.97 |
| 6 | POLICE & FIRE FCU  »» 006 | Unsecured Creditors | $4,851.02 | $0.00 | $4,851.02 |
| 7 | PHILADELPHIA GAS WORKS  »» 07S | Secured Creditors | $901.83 | $158.76 | $743.07 |
| 8 | PHILADELPHIA GAS WORKS  »» 07U | Unsecured Creditors | $61.03 | $0.00 | $61.03 |
| 9 | CITY OF PHILADELPHIA (LD)  »» 008 | Secured Creditors | $4,481.93 | $789.04 | $3,692.89 |
| 10 | DISCOVER FINANCIAL SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MIDNIGHT VELVET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | THE SWISS COLONY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PMT SOLUTIONS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SEVENTH AVENUE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12717-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,310.00 | Current Monthly Payment: | $531.00 |
| Paid to Claims: | $4,925.05 | Arrearages: | $0.00 |
| Paid to Trustee: | $384.95 | Total Plan Base: | $19,116.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.