Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Darcell D. White
4120 N. Franklin Street
Philadelphia, PA 19140

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-12717-AMC**

Petition Filed Date: 08/05/2024
341 Hearing Date: 11/15/2024
Confirmation Date: 06/04/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $531.00 | | 09/10/2025 | $531.00 | | 10/13/2025 | $531.00 | |
| 11/10/2025 | $531.00 | | 12/10/2025 | $531.00 | | 01/12/2026 | $531.00 | |
| 02/10/2026 | $531.00 | | 03/10/2026 | $531.00 | | 04/10/2026 | $531.00 | |
| 05/11/2026 | $531.00 | | 06/10/2026 | $531.00 | | 07/10/2026 | $531.00 | |

**Total Receipts for the Period: $6,372.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $11,682.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $2,725.00 | $2,725.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | COMCAST INC<br>»» 002 | Unsecured Creditors | $148.94 | $0.00 | $148.94 |
| 3 | QUANTUM3 GROUP LLC<br>»» 003 | Secured Creditors | $7,113.04 | $4,606.53 | $2,506.51 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $691.97 | $0.00 | $691.97 |
| 5 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $2,773.97 | $0.00 | $2,773.97 |
| 6 | POLICE & FIRE FCU<br>»» 006 | Unsecured Creditors | $4,851.02 | $0.00 | $4,851.02 |
| 7 | PHILADELPHIA GAS WORKS<br>»» 07S | Secured Creditors | $901.83 | $584.04 | $317.79 |
| 8 | PHILADELPHIA GAS WORKS<br>»» 07U | Unsecured Creditors | $61.03 | $0.00 | $61.03 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $4,481.93 | $2,902.59 | $1,579.34 |
| 10 | DISCOVER FINANCIAL SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MIDNIGHT VELVET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | THE SWISS COLONY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PMT SOLUTIONS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12717-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SEVENTH AVENUE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,682.00 | Current Monthly Payment: | $531.00 |
| Paid to Claims: | $10,818.16 | Arrearages: | $0.00 |
| Paid to Trustee: | $863.84 | Total Plan Base: | $19,116.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.